AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-96

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Local 98, International Brotherhood of Electrical Workers
was received by me on *(date)* 01/11/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Robert Gormley, Business Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Local 98, International
Brotherhood of Electrical Workers on *(date)* 01/12/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/12/2021

*Server's signature*

George Phillips, Process Server
*Printed name and title*

Dennis Richman's Services
1500 JFK Blvd., Suite 1315
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

Served at 1701 Spring Garden St., Phila., PA 19130

185018

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| EUGENE SCALIA SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR<br>*Plaintiff(s)*<br><br>v.<br><br>LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS<br>*Defendant(s)* | Civil Action No.   21-96 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Local 98, International Brotherhood of Electrical Workers
1701 Spring Garden Street
Philadelphia, PA 19130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LAUREN E. DEBRUICKER
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street Suite 1250
PHILADELPHIA, PA 19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/8/2021

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

*s/Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*