IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,
      *Plaintiff*,

v.

LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
      *Defendant*.
_____

CIVIL ACTION
Case No. 2:21-cv-00096-GAM

**STIPULATION FOR EXTENSION OF TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Subject to the consent of Court, and pursuant to Local Rule 7.4, Plaintiff Eugene Scalia and Defendant Local 98, International Brotherhood of Electrical Workers stipulate that Defendant's time to answer, move, or otherwise respond to the Complaint is extended to on or before February 12, 2021.

                                      CLEARY, JOSEM & TRIGIANI LLP

*/s/ Lauren DeBruicker*                  */s/William T. Josem*
Lauren DeBruicker                        William T. Josem, Esquire
Assistant United States Attorney       325 Chestnut Street, Suite 200
615 Chestnut Street, Suite 1250        Philadelphia, PA 19106
Philadelphia, PA 19102

*Counsel to Plaintiff Eugene Scalia*    *Counsel to Defendant IBEW Local 98*


**IT IS SO ORDERED this   20th   day of    January   , 2021.**


   **/s/ Gerald Austin McHugh**
United States District Judge