IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH,** **Secretary of Labor** **United States Department of Labor** : : : : | |
| v. : | **CIVIL ACTION NO. 21-0096** |
| : | |
| **LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS** : : : | |

# ORDER

This 14th day of April, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 6, is **GRANTED in part,** as follows:

The Secretary's claims relating to 1) the alleged intimidation of Michael Coppinger, 2) the alleged intimidation of Charles Battle and his supporters occurring at the June 9, 2020 nomination event, and 3) a pattern of intimidation related to past union elections are **DISMISSED.**

The Defendant's motion is **DENIED** in all other respects.

/s/ Gerald Austin McHugh
United States District Judge