IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | CIV. ACTION NO. |
| *Plaintiff*, | 2:21-cv-00096 |
| v. | |
| LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | Hon. Gerald A. McHugh |
| *Defendant*. | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S
MOTION TO AMEND COMPLAINT**

Defendant, Local 98, International Brotherhood of Electrical Workers, by and through its lawyers, Lamb McErlane PC, do not oppose Plaintiff's Motion to Amend the Complaint. However, Defendant reserves the right to seek dismissal of, and/or to have stricken, those portions of the Amended Complaint which do not comply with (a) this Court's Order and Memorandum dated April 14, 2021, or (b) the law and/or procedural rules, after the Amended Complaint is filed.

Respectfully submitted,

**LAMB MCERLANE, PC**

Dated: July 15, 2021        By: */s/ Joseph R. Podraza, Jr.*
Joseph R. Podraza, Jr., Esquire
jpodraza@lambmcerlane.com
William H. Trask, Esquire
wtrask@lambmcerlane.com
One South Broad Street, Suite 1500
Philadelphia, PA 19107
(215) 609-3170 (direct)

(610) 430-8000 (main)

*And*

CLEARY, JOSEM & TRIGIANI, LLP
William T. Josem, Esquire
wtjosem@cjtlaw.org
325 Chestnut Street, Suite 200
Philadelphia, PA  19106
(215) 735-9099

*Counsel for Defendant, Local 98, International Brotherhood of Electrical Workers.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MILTON AL STEWART, Acting Secretary of Labor, United States Department of Labor,<br><br>    *Plaintiff*,<br><br>  v.<br><br>LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>    *Defendant*. | CIVIL ACTION NO.<br>2:21-cv-00096<br><br>Hon. Gerald A. McHugh |

## CERTIFICATE OF SERVICE

  This is to certify that in this case a complete copy of the foregoing document was served upon the following counsel by email:

Lauren E. DeBruicker, Esquire
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Ste 1250
Philadelphia, PA 19106
Lauren.debruicker@usdoj.gov

*Attorney for Plaintiff*

Dated: July 15, 2021      **LAMB McERLANE PC**

            By: */s/ Joseph R. Podraza, Jr.*
              Joseph R. Podraza, Jr., Esq. (PA 53612)
              *jpodraza@lambmcerlane.com*
              One South Broad Street, Suite 1500
              Philadelphia, PA 19107
              (215) 609-3170 (Direct)
              (610) 430-8000 (Main)