IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH** : | |
| *SECRETARY OF LABOR,* : | |
| *UNITED STATES DEPARTMENT* : | |
| *OF LABOR* : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-96** |
| : | |
| **LOCAL 98, INTERNATIONAL** : | |
| **BROTHERHOOD OF ELECTRICAL** : | |
| **WORKERS** : | |

**ORDER**

This 16th day of July, 2021, it is hereby **ORDERED** that Plaintiff Secretary of Labor's Motion to Amend His Complaint (Doc #17) is **GRANTED** as unopposed. The Clerk of Court shall docket the Amended Complaint attached as Exhibit "A" to the Secretary's Motion.

                                                          /s/ Gerald Austin McHugh
                                                    United States District Judge