**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JULIE A. SU,[1] Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> :     CIVIL ACTION NO. 21-CV-96 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**<u>STATUS REPORT CERTIFYING UNION ELECTION</u>**

Pursuant to the Court's June 10, 2022, Order (Doc. 35), Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor (DOL), hereby submits this Status Report to inform the Court that a new election for the union offices of president and five executive board members has been conducted by Local 98, International Brotherhood of Electrical Workers, under the supervision of DOL. Attached to this Status Report as Exhibit A is the Certification of Election by DOL.

In light of DOL's certification, and pursuant to the Court's June 10, 2022, Order and 29 U.S.C. § 482(c), Plaintiff respectfully requests that the Court enter a declaration and final judgment pursuant to 29 U.S.C. § 482(c)(2), in the form proposed in the attached proposed order.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary of Labor Julie A. Su, successor of former Secretary of Labor Martin J. Walsh, is automatically substituted as Plaintiff.

Respectfully Submitted,

JULIE A. SU
Acting Secretary of Labor
United States Department of Labor

JACQUELINE C. ROMERO
United States Attorney


*/s/ Gregory B. David*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division


*/s/ Lauren DeBruicker*
LAUREN DeBRUICKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8492
Lauren.DeBruicker@usdoj.gov

*Attorneys for the Secretary of Labor*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of July, 2023, I served a true and correct copy of the foregoing Status Report Certifying Union Election and Proposed Order via ECF on the following counsel of record:

Joseph R. Podraza, Jr., Esquire
William H. Trask, Esquire
Lamb McErlane PC
One South Broad Street, Suite 1500
Philadelphia, PA 19107

and

William T. Josem, Esquire
Cleary, Josem & Trigiani, LLP
325 Chestnut Street, Suite 200
Philadelphia, PA 19106

*Attorneys for Defendant*

 */s/ Lauren DeBruicker*
LAUREN DeBRUICKER
Assistant United States Attorney