# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-96 |
| | : | |
| LOCAL 98, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATION OF ELECTION BY U.S. DEPARTMENT OF LABOR</u>

The election for the offices of president and five executive board members having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to the Court's Order entered June 10, 2022, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§ 481–83, and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority delegated to me, IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

President                          Jim Foy

Executive Board (5 positions)      Bobby Gormley
                                   Michael Magee
                                   Fran McDade
                                   Jim Snyder
                                   Daniel Wolfe, Jr.


Signed this 7th day of July, 2023.

_____
Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

2